The People of the State of New York, Respondent,
against
Christopher Smith, Defendant-Appellant.



The People appeal from an order of the Criminal Court of the City of New York, Bronx County (Mary L. Bejarano, J.), dated November 14, 2017, which granted defendant's motion to dismiss the accusatory instrument pursuant to CPL 30.30.




Per Curiam.
Order (Mary L. Bejarano, J.), dated November 14, 2017, reversed, on the law, accusatory instrument reinstated, and matter remitted to Criminal Court for further proceedings.
The court's sua sponte dismissal of the accusatory instrument on speedy trial grounds was improper. A post-arraignment motion to dismiss an accusatory instrument "must be made in writing and upon reasonable notice to the [P]eople" (CPL 210.45[1]; see People v Littles, 188 AD2d 255, 256 [1992], lv denied 81 NY2d 842 [1993]). The failure to follow that procedure, intended to facilitate "full development of the issues and an adequate opportunity for the People to contest the specific grounds asserted for dismissal" (People v Littles, 188 AD2d at 256, quoting People v Vega, 80 AD2d 867 [1981]), is clearly an error warranting reversal "in and of itself" (People v Dunlap, 216 AD2d 215, 217 [1995]; see also People v Santmyer, 255 AD2d 871, 872 [1998], lv denied 93 NY2d 902 [1999]). Nor can it be said, in light of the prosecutor's objection, that the People waived the requirement that the motion be made in writing (see People v Dunlap, 216 AD2d at 216-217; People v Littles, 188 AD2d at 256).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 17, 2018